# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 0 8 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Jamal Jackson | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-825-SAG |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 2018 through 3/7/2019** in the county of **Baltimore City** in the
_____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute heroin |
| 18 U.S.C. § 1951(a) | Conpiracy to obstruct, delay, and affect commerce by robbery |

This criminal complaint is based on these facts:
See Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Francisco M. Rego
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 8, 2019

_____
*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*